**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile:  (510) 747-1640

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>              Plaintiff,<br><br>     v.<br><br>STEVEN D. STONE,<br><br>              Defendant. | Case No. **C95-4124M**<br><br>**NOTICE OF PLAINTIFF'S WITHDRAWAL OF HEARING ON ORDER FOR JUDGMENT DEBTOR EXAM** |

NOTICE IS HEREBY GIVEN THAT Plaintiff and judgment creditor, United States of America, by and through its attorney of record, hereby withdraws the hearing on its Order for Judgment Debtor Exam that is set for August 8, 2014, at 9:00 A.M., in courtroom G, in the above entitled matter.

Dated: July 18, 2014

　　　　　　　　　　　　　/s/
MICHAEL COSENTINO
Attorney for Plaintiff
United States of America

Dated: 7/22/14

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*